# FINAZZO COSSOLINI O'LEARY
# MEOLA & HAGER, LLC

Counselors at Law

67 East Park Place, Suite 901
Morristown, NJ 07960
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

**Rachel R. Hager, Esq.**
rachel.hager@finazzolaw.com
Direct Dial: (973) 343-4965

New York Office
5 Penn Plaza, 23rd Floor
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

August 20, 2021

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street, Room MLK 4A
Newark, New Jersey 07102

Re:   Ryan Dean v. J. Bissell, et als.
      Civil Action No.: 2:21-cv-09770-MCA-ESK

Dear Judge Arleo:

Our firm has been retained to represent Defendant, Janet Fuhrer, in connection with the above captioned matter.

As set forth in our previous letter concerning other of our clients in this matter (Dkt. #42), Plaintiff's attempted service of process on Janet Fuhrer, a Canadian resident, by way of a letter sent by normal post containing Dropbox links does not constitute proper service of process under the Federal Rules of Civil Procedure and Articles 5 and 10 of The Hague Convention.

Given the issues regarding Plaintiff's attempted service and the sheer volume of the 457-page Complaint, we respectfully request that Defendant, Janet Fuhrer, be granted an extension of time until September 27, 2021, to answer to or otherwise respond to the Complaint.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Rachel R. Hager*

RACHEL R. HAGER

RRH:wjc
cc:   All counsel of record (via ECF)