UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN DEAN,<br><br>            Plaintiff,<br><br>v.<br><br>J. BISSELL, *et al.*,<br><br>            Defendants. | Civil Action No.: 2:21-cv-09770-MCA-ESK<br><br>**DECLARATION OF JANET FUHRER IN SUPPORT OF DEFENDANTS JANET FUHRER AND QUEEN'S UNIVERSITY'S MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 1746, I, JANET FUHRER, declare as follows:

1. I am over the age of eighteen and submit this Declaration in support of the Motion to Dismiss Defendants, Janet Fuhrer and Queen's University in the referenced matter. I submit this Declaration freely and based upon by own personal knowledge.

2. I am a resident of Ontario, Canada, and have resided there since approximately 1961.

3. I have never resided in New Jersey, owned or leased property in New Jersey, had a telephone listing or postal address in New Jersey, or opened or maintained any bank accounts in New Jersey.

4. I have never purposefully directed any activities in New Jersey and the facts alleged in the Complaint do not arise out of or relate to any activities by me in the State of New Jersey. There is no affiliation between New Jersey and my alleged involvement in the Complaint.

5. I have never conducted any business in New Jersey, do not pay New Jersey income, property, or other taxes, have never been registered, licensed or otherwise qualified to do business in New Jersey, and have not appointed a registered agent for service of process in New Jersey.

6. I am a Federal Judge at the Canadian Federal Court in Ottawa, Ontario. I do not provide any legal counsel or services for any matters in the State of New Jersey.

7. There is no affiliation between the State of New Jersey and my alleged conduct as a Canadian Federal Judge or as a private individual as described in the Complaint.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of September, 2021.

_____
Janet Fuhrer