# BELL & SHIVAS, P.C.

### ATTORNEYS AT LAW

Joseph J. Bell *+
joebell@bsblawgroup.com

David T. Shivas *
dshivas@bsblawgroup.com

Joseph J. Bell, IV *
jbell4@bsblawgroup.com

Brian Laskiewicz
brianlaskiewicz@bsblawgroup.com

Hon. Paul W. Armstrong, J.S.C. (Ret.) of Counsel

Admitted New Jersey Bar
* Admitted New York Bar
◦ Admitted Pennsylvania Bar
+ L.L.M. in Labor Law

April 21, 2024

**_Via Electronic Filing_**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

> **Re: Dean v. J. Bissell, et al.**
> **Civil Action: 2:21-cv-09770-MCA-JSA**

Dear Judge Arleo:

Please accept this letter in lieu of a more formal brief on behalf of defendant, Classic Luxury, LLC in opposition to Plaintiff's motion for reconsideration. The motion seeks reconsideration of the Court's determination that Lisa Bissell is not required to respond to the Amended Complaint and the prior order denying Plaintiff's application to vacate all orders in the case.

The motion should be denied on several grounds, namely that the Court did not overlook or misapply any law in reaching the referenced decisions. There is simply no basis for reconsideration of the Court's orders and the motion should be denied in its entirety.

## I.    LISA BISSELL IS NOT A PARTY TO THIS ACTION.

The Court properly decided that Lisa Bissell did not have to respond to the Amended Complaint because she is not identified on the caption as a defendant. On the face of the pleading, it is clear that Lisa Bissell is not included as a defendant, and, therefore, has no obligation to respond to the Amended Complaint.

Plaintiff can cite to no law in support of the contention that the ruling was mistaken or inappropriate. Moreover, Plaintiff has recently filed a motion to amend the Amended Complaint purportedly to include Lisa Bissell as a named defendant in the

case. That motion is still pending. However, that Plaintiff filed such a motion unequivocally proves that Lisa Bissell is not a defendant and that he seeks leave to amend the pleading to include her. Therefore, no basis for reconsideration has been presented by the Plaintiff and the motion should be denied.

## II. THE COURT PROPERLY DENIED PLAINTIFF'S MOTION WHICH INVOLVED MATTERS PENDING IN THE ESSEX COUNTY LAW DIVISION MATTER.

It is not apparent from the motion which specific order Plaintiff seeks reconsideration of in this application. The notice references the order "not to vacate all orders to date due to new information". The brief submitted by Plaintiff argues several points that are all based on the Essex County Law Division matter. That action is still ongoing and has a trial date of May 13, 2024. Clearly, no basis exists for this Court to involve itself in the discovery and evidentiary matters pending in the Law Division. Plaintiff provided no legal or factual basis to justify the extreme relief sought and the motion for reconsideration should be denied.

The argument that "new evidence" requires reconsideration is unavailing as a matter of law. Plaintiff's claims set forth in the Amended Complaint have been dismissed by several orders of this Court. The defendants made numerous arguments supporting dismissal of the pleading for failure to state viable causes of action under the law. Those motions were based on the allegations in the pleading and the statements asserted within the four corners of that document. The Court properly granted the motions to dismiss and no basis exists to set aside those rulings based on alleged "new evidence" from the Law Division action.

The motion is a futile attempt to reopen matters that have been resolved by the orders to date in this case. Other than to cite to alleged evidence in the Law Division case, Plaintiff can identify no law or facts to warrant reconsideration. The Court should, therefore, deny Plaintiff's motion in its entirety.

## CONCLUSION

For these reasons, it is respectfully submitted that Plaintiff's motion for reconsideration should be denied in its entirety.

Respectfully submitted,

David T. Shivas

cc:  All parties and counsel via e-filing